**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
P.O. Box 591
Chattanooga, Tennessee 37401
(423) 752-5200

09C1130

**PATRICIA L. McNUTT**
Clerk of the Court

**JOHN L. MEDEARIS**
Chief Deputy Clerk

August 10, 2010

FILED IN OFFICE
2010 AUG 12 PM 2:23
BY PAULA T. THOMPSON, CLERK

Paula Thompson, Clerk
Hamilton County Circuit Court
Room 500, Hamilton County Courthouse
Chattanooga, Tennessee 37402

Re: (1:09-cv-262) Chitwood v Lozito et al

Dear Ms. Thompson:

By order entered 8/9/10 the above action is hereby remanded back to your court. A certified copy of the docket sheet is enclosed along with a copy of the final order of remand.

Please acknowledge receipt by signing the enclosed copy of this letter and returning the same to us.

Sincerely,

PATRICIA L. MCNUTT, CLERK

By: _____
     Pam Scott, Deputy Clerk

Received by: _____

Date: 8·12·10

Enclosures
ps